

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2022

No. 04-20-00603-CV

Richard **LARES**,
Appellant

v.

Martha **MUNIZ**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-107990
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

The Appellant's Motion for Leave to File Exhibits is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court